UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO (Cincinnati)
-------------------------------------------------------X
Michael Kohenen,

                                      Civil Action No.: 1:14-cv-00333-SJD

                Plaintiff,

      -against-

Dynamic Recovery Solutions, LLC,

                Defendant.
----------------------------------------------------X

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Michael Kohenen hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Plaintiff shall file a Notice of Voluntary dismissal within sixty (60) days.

Dated: November 3, 2014

                                                Respectfully submitted,

                                                By: s/ Jordan Cushner_
                                                Jordan Cushner, Esq.

Fredrick Schulman & Associates
30 East 29th Street, Ste. 204
New York, New York 10016
(212) 796-6053
info@fschulmanlaw.com
Attorneys for Plaintiff